IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                  No. 14-cv-304 RB/SMV
                                                      09-cr-760 RB

FRANK L. GUTIERREZ,

      Defendant.

## ORDER

THIS MATTER is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion to Vacate, Set Aside, or Correct Sentence [CV Doc. 1; CR Doc. 138] ("Motion").   The Court will direct the United States to answer Defendant's Motion.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within twenty-three days** of entry of this Order, the United States shall answer Defendant's Motion to Vacate, Set Aside, or Correct Sentence.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**