# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                            No. 14-cv-0304 RB/SMV
                                                                                09-cr-0760 RB

**FRANK L. GUTIERREZ,**

    Defendant.

## ORDER

THIS MATTER having come before the United States' Motion for Extension of Time to File a Response to Defendant's Motion [CV Doc. 5; CR Doc. 140] ("Motion"). For good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion [CV Doc. 5; CR Doc. 140] is **GRANTED**. The United States shall file a response to Defendant's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody [CV Doc. 1; CR. Doc. 138] on or before **July 1, 2014**.

**IT IS SO ORDERED.**

                                                                                     _____
                                                                                     **STEPHAN M. VIDMAR**
                                                                                     **United States Magistrate Judge**