IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                         No. 14-cv-0304 RB/SMV
                                                                                         09-cr-0760 RB

**FRANK L. GUTIERREZ,**

    Defendant.

## ORDER

THIS MATTER is before the Court on the United States' Second Motion for Extension of Time to File a Response to Defendant's Motion [CV Doc. 8; CR Doc. 146] ("Motion"). For good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion [CV Doc. 8; CR Doc. 146] is **GRANTED**. The United States shall file a response to Defendant's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody [CV Doc. 1; CR. Doc. 138] on or before **July 31, 2014**.

**IT IS SO ORDERED.**

                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**